**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

UNITED STATES OF AMERICA,      :
      :
      :
    vs.         :      CASE NO.: CR210-022
      :
      :
RICHARD C. WRIGHT      :
JAYVELLE V. MONROE      :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Motion to Suppress filed by Defendant Richard C. Wright is **granted** in part and **denied** in part. The statements Wright is alleged to have made during Chaney's interview are suppressed and inadmissible at trial. Evidence obtained during the search of Defendant's vehicle and the wooded area on a later date are not suppressed and are admissible at trial.

**SO ORDERED**, this \_\_\_\_ day of _____, 2010.

<br>
<br>

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA